ENCLOSURE 4      CCN 13481140093

# United States District Court
## Violation Notice

CVB Location Code: CC35

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 3677886 | TRAUB | 1533 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☒ USC ☐ State Code |
|---|---|
| 06/12/2013 | TITLE 18 USC 1361 |

Place of Offense: NAVAL BASE VENTURA COUNTY POINT MUGU / 1425 REGULAS DR.

Offense Description: Factual Basis for Charge   HAZMAT ☐

DAMAGE TO GOVERNMENT PROPERTY

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| COOPER | CHRISTOPHER | J |

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ _____ Forfeiture Amount
+ $25 Processing Fee
PAY THIS AMOUNT → $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: _____   Date (mm/dd/yyyy): _____   Time (hh:mm): _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: X C. Coop

(Rev. 01/2011)   Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 12 JUN, 20 13 while exercising my duties as a law enforcement officer in the CENTRAL District of CALIFORNIA

WHILE INVESTIGATING A POSSIBLE DOMESTIC VIOLENCE AT 1425 REGULAS DR, POINT MUGU CA, I OFFICER TRAUB WAS MADE AWARE THAT DURING AN ARGUMENT EARLIER IN THE DAY, CHRISTOPHER COOPER HAD KNOCKED THE OFFICE DOOR OFF OF ITS HINGES. I OBSERVED THE DAMAGE AND DOCUMENTED IT.

The foregoing statement is based upon:

☒ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 06/12/2013   [signature]
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;   PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;   CMV = Commercial vehicle involved in incident